IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

FILED '23 09 15 AM 09:22 MDGA-MAC

MACON _____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Barrington Glen Morrison,

GDC 1002055423

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

Officer Jose Rivera,

Lieutenant Lillian Flores

(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO:

_____

## I. GENERAL INFORMATION

1. Your full name <u>and</u> prison number Barrington Glen Morrison, 1002055423

2. Name and location of prison where you are <u>now</u> confined Wilcox State Prison

3. Sentence you are now serving (how long?) Twenty Five (25) years

    (a) What were you convicted of? Aggravated Assault, Possession of Firearm During Commission of a Felony.

    (b) Name and location of court which imposed sentence Superior Court of DeKalb County, Georgia

    (c) When was sentence imposed? May 10, 2017

    (d) Did you appeal your sentence and/or conviction?   Yes ✓  No ☐

    (e) What was the result of your appeal? Denied

(f) Approximate date your sentence will be completed  May 10, 2042

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

Yes ☐    No ☑

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

        Plaintiff(s):_____

        _____

        Defendant(s):_____

    (b) Name of Court:_____

    (c) Docket Number:_____    When did you file this lawsuit?_____

    (d) Name of judge assigned to case:_____

    (e) Is this case still pending?    Yes ☐    No ☐

    (f) If your answer to (e) is "No", when was it disposed of and what were the results?
        (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

    _____

    _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?    Yes ☐    No ☑

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    (a) Parties to the previous lawsuit:

        Plaintiff(s):_____

        Defendant(s):_____

    (b) Name of Court:_____

    (c) Docket Number:_____    When did you file this lawsuit?_____

    (d) Name of judge assigned to case:_____

    (e) Is this case still pending?    Yes ☐    No ☐

(f)    If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?        Yes ☐        No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

_____     _____

_____     _____

_____     _____

_____     _____

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Wilcox State Prison

(a) Does this institution have a grievance procedure?        Yes ☑  No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑        No ☐

(2) If Yes, what was the result? Filed Grievance Number 354794. Grievance procedure was terminated by Georgia Department of Corrections due to issue being referred to the Office of Proffessional Standards, Criminal Investigations Unit.

(3) If No, explain why not: _____

_____

_____

_____

_____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

_____

_____

_____

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?        Yes ☐   No ☑

(1) If Yes, to whom did you appeal and what was the result?_____

_____

(2) If No, explain why you did not appeal: Grievance Procedure was terminated with no appeal allowed. See above at 9 (b)(2)

_____

10. In what other institutions have been confined? Give dates of entry and exit.

Georgia Diagnostic State Prison, 2017 - 2017

Autry State Prison, 2017, - 2023

Wilcox State Prison, 2023 -

_____

_____

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Wilcox State Prison

P.o. Box 397

Abbeville, GA 31001-0397

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

| | |
|---|---|
| Officer Jose Rivera | Lieutenant Lillian Flores |
| Telfair State Prison | Wilcox State Prison |
| 210 Longbridge Rd. | P.o. Box 397 |
| Helena, GA 31037 | Abbeville, GA 31001-0397 |

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court __WHAT__ you contend happened to you, __WHEN__ the incident(s) you complain about occurred, __WHERE__ the incident(s) took place, __HOW__ your constitutional rights were violated, and __WHO__ violated them?  Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE __REQUIRES__ THAT PLEADINGS BE __SIMPLE__, __CONCISE__, and __DIRECT__! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur?  That is, at what institution or institutions?  Wilcox State Prison

WHEN do you allege this incident took place?  July 3, 2023

WHAT happened?

(1) On July 3, 2023 at or about 4:30 p.m. Plaintiff left the D-3 dormitory to go to the supper meal and pill call.

(2) Plaintiff was the last person to leave the dormitory and the gates between D and E Buildings and the E and L Building's cross walk were closed. The officer running chow call told Plaintiff to walk directly to the chow hall because there was no one to re-open the gates for Plaintiff.

(3) As Plaintiff approached the Chow Hall Defendant Rivera yelled at Plaintiff to turn around and walk all the way around the walk to enter the Chow Hall.

(4) Plaintiff informed Defendant Rivera that all the gates were closed and that the officer told Plaintiff to come directly to the chow hall.

(5) Defendant Rivera then screamed at Plaintiff to turn around and go the other way around. (cont. Attch. 1)

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Deputy Warden Burnett reviewed the video record of the incident. The offenders who were standing at Gate 24 who witnessed the incident; Plaintiff is trying to locate these offenders. Others unknown to Plaintiff at this time.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

(1) Declare that Defendants violated Plaintiff's Eighth Amendment rights.

(2) Declare that Defendants violated Plaintiff's Fourth Amendment rights.

(3) Award Plaintiff $1,000.00 in compensatory damages from each Defendant.

(4) Award Plaintiff $1.00 in nominal damages from each Defendant.

(5) Award Plaintiff $700,000.00 in punative damages from each Defendant.

(6) Grant any such other relief as the Court deems just and equitable.

(7) Plaintiff demands a jury trial.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 17th day of August , 20 23 .

Barrington Morrison
PLAINTIFF

(6) To avoid conflict with Defendant Rivera Plaintiff decided to forego the supper meal and simply go to pill call. Plaintiff followed Defendant Rivera's instructions and turned around and went back up the walk the way Plaintiff had come.

(7) Plaintiff went and stood by the mailbox to wait for Gate 24 to be opened to go to pill call just as he would have done after eating the supper meal.

(8) Defendant Rivera left his post at the Chow Hall, came up the hill and rapidly approached Plaintiff with his hand on his holstered pepper spray canister yelling "What are you doing!?!, I told you to go all the way around the other way!"

(9) As Defendant Rivera approached Plaintiff, Plaintiff stepped beside the locked Gate 24 and informed Defendant Rivera that Plaintiff was not going to chow, only pill call, Defendant Rivera drew the pepper spray and sprayed Plaintiff.

(10) At this time the offenders on the other side of Gate 24 waiting for Gate 24 to be opened so that they could return to their dormitories began questioning Defendant Rivera asking "Why did you spray him? What did he do?"

(11) Plaintiff had complied with Defendant Rivera's instructions and was not acting in a threatening manner toward any person.

(12) Immediately after pepper spraying Plaintiff Defendant Rivera pulled his Taser and shot Plaintiff with four (4) projectiles.

(13) When the electricity surged through Plaintiff's body he stood straight up as his muscles locked and knocked one (1) of the leads off.

(14) As Plaintiff was standing locked up from the Taser Defendant Rivera sprayed Plaintiff again with pepper spray.

(15) After Defendant Rivera sprayed Plaintiff with pepper spray for the second time Defendant Rivera then called a code for assistance on his radio.

(16) Deputy Warden Burnett, with other officers, including Defendant Flores, arrived at Gate 24 as Plaintiff was being handcuffed. Mr. Burnett stated he was going to review the videos from the cameras around Gate 24.

(17) Plaintiff was escorted to the Medical Section after being handcuffed. Defendant Flores began making a video at this time.

(18) At the Medical Section Plaintiff asked Sargeant McWell for a drink of water, Sgt. McWell told Plaintiff that he can get some water when Plaintiff got in the cell in Administrative Segregation.

(19) Plaintiff asked the medical staff for his medication from pill call. Medical staff brought Plaintiff his medication and because Plaintiff was handcuffed placed the pill in his mouth and held a cup of water to his mouth so he could drink.

(20) After Plaintiff took his medication Sgt. McWell and Defendant Rivera escorted Plaintiff to an Administrative Segregation cell in the Special Housing Unit, J-Building.

(21) When Plaintiff was placed in the Segregation cell and the handcuffs were removed Plaintiff immediately began using the sink water to wash off the pepper spray. Plaintiff was not allowed to use the shower and he was not allowed a change of clothes.

(22) Approximately fifteen (15) minutes after being placed in the Segregation cell offender Joseph brought Plaintiff's

mattress, pillow and property to J-Building. Defendant Flores opened Plaintiff's cell and gave Plaintiff his mattress and pillow but refused to give Plaintiff his property.

(23) Plaintiff was in Administrative Segregation from July 3, 2023 until July 5, 2023. During this time Plaintiff was not allowed his property and Plaintiff received no food because Plaintiff's Vegan diet trays were withheld.

(24) On July 5, 2023, because Wilcox State Prison is extremely understaffed, the Tactical Squad came to run showers for those in Administrative Segregation. This was the first opportunity for Plaintiff to fully wash off the pepper spray.

(25) Plaintiff informed a Tactical Squad member that he needed his property to get soap, a washcloth and towel to take a shower and a change of clothes because Plaintiff's current clothes were soaked in pepper spray. The Tactical Squad member brought Plaintiff's property to him and then escorted Plaintiff to the shower.

(26) When Plaintiff returned to his cell after taking a shower Plaintiff was informed he was being released from Administrative Segregation.

(27) When Plaintiff was released from Administrative Segregation he was returned to the D-3 dormitory.

(28) Plaintiff did not receive an Administrative Segregation Hearing and was never informed of the reason Plaintiff was placed in Administrative Segregation.

(29) Plaintiff did not receive a Disciplinary Report for any alleged disciplinary infraction.

(30) Defendant Flores filed an Incident Report that falsely stated that only chemical force was used on Plaintiff.

(31) Defendant Flores filed an Incident Report that falsely stated that Plaintiff was given a Disciplinary Report.

(32) Defendant Flores filed an Incident Report that falsely stated that the incident took place in the Chow Hall.

(33) Defendants Flores and Rivera conspired to conceal Defendant Rivera's use of a Taser on Plaintiff.

(34) Defendants Flores and Rivera conspired to fabricate a ficticious record that Plaintiff had committed a disciplinary infraction and had been charged with such an infraction.

(35) Defendants Flores and Rivera conspired to create a false record that the incident occurred in the Chow Hall.

(36) Defendants Flores and Rivera conspired to conceal Defendant Rivera's abandonment of his assigned post.

(37) Defendants Flores and Rivera jointly, proximately and severally deprived Plaintiff of his rights granted by the United States Constitution.